IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DALE BOERNER,

      Petitioner,                  No. 2:12-cv-2287 DAD P

   vs.

OFFICE OF APPEALS OF THE
THIRD LEVEL,

      Respondent.               ORDER
_____/

        Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee nor filed a request to proceed in forma pauperis.  In his application, it appears that petitioner is challenging a prison disciplinary conviction of some sort.  Petitioner is incarcerated in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and
4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

9  DATED: September 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
DAD1/prisoner-habeas/boer2287.109

2