1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT DALE BOERNER,

11              Petitioner,              No. 2:12-cv-2287 DAD P

12        vs.

13   OFFICE OF APPEALS OF THE
     THIRD LEVEL,
14
                  Respondent.           ORDER
15   _____/

16              Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee nor filed a

18   request to proceed in forma pauperis.  In his application, it appears that petitioner is challenging

19   a prison disciplinary conviction of some sort.  Petitioner is incarcerated in Kern County, which is

20   part of the Fresno Division of the United States District Court for the Eastern District of

21   California.  See Local Rule 120(d).

22              Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.

26   /////

                                          1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2     1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4     2.  All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6     United States District Court
      Eastern District of California
7     2500 Tulare Street
      Fresno, CA 93721

8

9 DATED: September 12, 2012.

10

11 _____

12    DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17 DAD:dpw
  DAD1/prisoner-habeas/boer2287.109
18

19

20

21

22

23

24

25

26

2